UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:94-CR-73-1F

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| Walter Jacob Davis | ) | |

On December 13, 1994, Walter Jacob Davis appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Possession of a Firearm by a Felon, 18 U.S.C. § 922(g); Pawning Stolen Firearms, 18 U.S.C. § 922(j); and Sale of Stolen Firearms, 18 U.S.C. § 922(j) was sentenced to the custody of the Bureau of Prisons for a term of 175 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Walter Jacob Davis was released from custody and the term of supervised release commenced on August 15, 2012.

From evidence presented at the revocation hearing on September 6, 2013, the court finds as a fact that Walter Jacob Davis, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1.  Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 6th day of September, 2013.

_____
James C. Fox
Senior U.S. District Judge